382

No attorney for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Appellant was found guilty of murder without malice, and his punishment assessed at three years in the penitentiary.

The indictment is in proper form and the proceedings otherwise appear regular. No statement of facts or bills of exception are brought forward. In such condition of the record nothing is presented for review.

The judgment is affirmed.

DAVIDSON, Judge.

The offense is possession of whisky for the purpose of sale in a dry area; the punishment, a fine of $100.

The record is before us without a statement of facts or bills of exception. Nothing is presented for the consideration of this court.

The judgment of the trial court is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the court.

## DANIEL v. STATE.
### No. 23864.

Court of Criminal Appeals of Texas.
Jan. 7, 1948.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

## DANIEL v. STATE.
### No. 23865.

Court of Criminal Appeals of Texas.
Jan. 7, 1948.

No appearance, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was convicted for the offense of possessing whisky for the purpose of sale in a dry area, having entered a plea of guilty. He was assessed a fine of $200.